IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2010 FEB -3  A 11: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANDRE FIELDS, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION NO. |
| | )   3:10cv90-wha |
| v. | ) |
| | ) |
| LAW OFFICES OF JAMES | )   Removed from the Small Claims |
| WEST, P.C., | )   Court of Lee County, Alabama |
| | )   SM-2010-900018.00 |
| Defendant. | ) |

## NOTICE OF REMOVAL

COMES NOW Defendant Law Offices of James A. West, P.C. ("West" or "Defendant") and files this Notice of Removal, removing this cause of action from the Small Claims Court of Lee County, Alabama, where it is now pending, to the United States District Court for the Middle District of Alabama, Eastern Division. Such removal is expressly subject to, and Defendant expressly reserves and does not waive, any and all responses, defenses, and affirmative defenses to Plaintiff Andre Field's Complaint. As grounds for removal, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant states as follows:

1.  On January 15, 2010, Plaintiff Andre Fields ("Plaintiff") filed this action against West in the Small Claims Court of Lee County, Alabama, as Civil Action

Number SM-2010-900018.00. Copies of all process, pleadings, and orders served in this action are attached hereto as Exhibit A.

2.  This Notice of Removal has been timely filed under 28 U.S.C. § 1446(b) within thirty days of receipt of the initial pleading setting forth the claims for relief. Defendant was served with the summons and complaint on or about January 20, 2010. A copy of this Notice is being filed with the Small Claims Court Clerk of Lee County, Alabama, as required by law.

3.  Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a) and 28 U.S.C. § 81(a)(3) because this district and division embrace the Small Claims Court for Lee County, Alabama, the forum in which the removed action was pending.

## FEDERAL QUESTION JURISDICTION

4.  Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. West is a debt collector within the meaning of the federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o ("the FDCPA"). In the Complaint, Plaintiff alleges that this action arises out of Defendant's violations

of the FDCPA.[1] (Compl. ¶ 3.) Plaintiff asserts a claim for relief against West arising under the FDCPA. (Compl. ¶¶ 18-48.) Thus, this Court has original subject-matter jurisdiction over the above-styled action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. 1692k(d).

WHEREFORE, PREMISES CONSIDERED, Defendant Law Offices of James A. West, P.C. prays that further proceedings in the Small Claims Court of Lee County, Alabama, be discontinued and that this suit be removed to the United States District Court for the Middle District of Alabama, Eastern Division.

Respectfully submitted,

John W. Scott
Brent G. Grainger
Attorneys for Defendant,
Law Offices of James A. West, P.C.

**Of Counsel:**
SCOTT DUKES & GEISLER, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203
Ph: (205) 251-2300
Fax: (205) 251-6773

---

[1] The FDCPA provides that "[a]n action to enforce any liability created by this subchapter may be brought in any appropriate United States District Court without regard to the amount in controversy. . . ." 15 U.S.C. § 1692k(d). Actions brought in state court under the FDCPA are removable to the appropriate federal district court. *Lockard v. Equifax, Inc.*, 163 F.3d 1259, 1263-65 (11th Cir. 1998).

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing upon all parties by placing a copy of same in the United States mail, first class postage prepaid and addressed as follows:

>Brandon L. Blankenship, Esq.
>Christopher S. Linton, Esq.
>Patrick B. Kenerly, Esq.
>Blankenship, Harrelson & Linton, LLC
>2001 Park Place North, Suite 825
>Birmingham, Alabama 35203

    Done this the 3rd day of February, 2010.

                                             /s/ [signature]
                                             Of Counsel

51107.1