```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602012848
Cashier ID: kruffin
Transaction Date: 02/04/2010
Payer Name: SCOTT DUKES AND GEISLER PC
------------------------------------
CIVIL FILING FEE
 For: SCOTT DUKES AND GEISLER PC
 Case/Party: D-ALM-3-10-CV-000090-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 2747
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00
```

DALM3:10-cv-00090-WHA

Fields v  Law Offices of James West
 PC