IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDRE FIELDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:10cv090-WHA |
| ) | |
| LAW OFFICES OF JAMES WEST, P.C., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #15), filed on this day, and for good cause shown, it is hereby ORDERED as follows:

1. The motion is GRANTED, and this case is DISMISSED with prejudice, costs taxed against the Plaintiff.

2. All pending motions are DENIED as moot.

DONE this 7th day April, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE